IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUESTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, | ) ) ) ) |
| Plaintiff, | ) Case No. 1:14-cv-1767 (AJT/MSN) |
| v. | ) ) |
| MONARCH PLUMBING & HEATING CO., | ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 12] of the Magistrate Judge recommending that default judgment be entered against Defendant Monarch Plumbing & Heating Co. and in favor of Plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund ("Plaintiff") in the amount of $15,632.33, plus interest. No objection to the Report and Recommendation has been filed. Having conducted a *de novo* review of the evidence in this case, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Default Judgment [Doc. No. 8] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, entered against Defendant Monarch Plumbing & Heating Co. in favor of Plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund, in the total amount of $15,632.33, plus interest on delinquent contributions continuing to accrue at twelve percent per annum from April 17, 2015, until full payment is made.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to Defendant Monarch Plumbing & Heating Co. at the following address:

> Monarch Plumbing & Hearing Co.
> 701 N. Stiles Street
> Linden, NJ 07036-5761

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 22, 2015